UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:

ASHRAF SALEM
*ta* QUICK DOCS MEDICAL LLC
*ta* SAL MEDICAL, PC
*ta* BROOKLYN UC ADMINISTRATIVE SERVICES, LLC
*ta* BROOKLYN URGENT CARE OF MARINE PARK, PLLC
*ta* ASJS MEDICAL PLLC
*ta* BKUC ADMINISTRATIVE SERVICES, LLC
*ta* KINGS COUNTY PHYSICIANS GROUP, LLC,

Debtor.
-----------------------------------------------------------x

Case No. 19-43048-nhl

Chapter 7

**STIPULATION EXTENDING THE TRUSTEE'S TIME TO: (I) TIMELY COMMENCE AN ACTION PURSUANT TO SECTION 727 OF THE BANKRUPTCY CODE; AND (II) OBJECT TO EXEMPTIONS**

**WHEREAS**, Ashraf Salem *ta* Quick Docs Medical LLC *ta* SAL Medical, PC *ta* Brooklyn UC Administrative Services, LLC *ta* Brooklyn Urgent Care of Marine Park, PLLC *ta* ASJS Medical PLLC *ta* BKUC Administrative Services, LLC *ta* Kings County Physicians Group, LLC, the debtor herein (the "Debtor") filed a voluntary petition for relief from his creditors pursuant to Chapter 7 of Title 11 of the United States Code (the "Bankruptcy Code") on May 17, 2019 (the "Petition Date"); and

**WHEREAS**, Debra Kramer was appointed the interim trustee (the "Trustee") and thereafter did duly qualify as the permanent case Trustee; and

**WHEREAS**, the last date by which the Trustee may timely commence an action pursuant to section 727 of the Bankruptcy Code to seek to deny the Debtor's discharge is December 23, 2019; and

**WHEREAS**, the Trustee and the Debtor have agreed to an extension of time for a period of ninety (90) days such that the last date by which the Trustee may timely commence an action

pursuant to section 727 of the Bankruptcy Code shall be up to and including March 23, 2020; and

**WHEREAS**, the last day for the Trustee to make an objection to any claimed exemption of property of the estate (or any amendment to any claimed exemption) which would otherwise expire thirty (30) days after the closing of the Section 341(a) meeting of creditors is extended until the close of the above captioned case as described in Section 350(a) of the Bankruptcy Code; it is hereby

**AGREED AND SO ORDERED THAT:**

1. The Trustee's time to timely commence an action pursuant to section 727 of the Bankruptcy Code to seek to deny the Debtor's discharge is hereby extended up to and including March 23, 2020, without prejudice to the parties to agree to further extensions of time or for the Trustee to seek a further extension upon motion before the Court; and

2. The last day for the Trustee to make an objection to any claimed exemption of property of the estate, or any amendment to any claimed exemption, is hereby extended until the close of this case.

Dated: Huntington, New York
December 9, 2019

BY: *<u>/s/ Alex E. Tsionis</u>*
Alex E. Tsionis
Rosen & Kantrow, PLLC
Proposed Attorneys for the Trustee
38 New Street
Huntington, New York 11743
631 423 8527
atsionis@rkdlawfirm.com

Dated: Melville, New York
December 10, 2019

BY: *<u>/s/ Mitchell J. Carlinsky</u>*
Mitchell J. Carlinsky
Carlinsky, Dunn & Pasquariello
Attorneys for the Debtor
532 Broadhollow Road, Suite 129
Melville, New York 11747
516 622 0099
mcarlinsky@cdplawyers.com

*[Order continues on following page]*

**SO ORDERED**

**Dated: December 13, 2019**
**Brooklyn, New York**

Nancy Hershey Lord

**Nancy Hershey Lord**
**United States Bankruptcy Judge**